27938.00O3X5                Document #: 782995                #412

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FILED: AUG 15, 2008
08CV4643
JUDGE NORGLE
MAGISTRATE JUDGE NOLAN
JFB

| | |
|---|---|
| TERESA MARETTA and RICHARD MARETTA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL FIRE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | No.: 08 CH 24504 <br><br> Moved to Federal Court <br><br> No.: _____ |

**CORPORATE DISCLOSURE IN COMPLIANCE WITH FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and local rule 3.2, Liberty Mutual Fire Insurance Company, by its undersigned counsel, files this corporate disclosure statement.

Liberty Mutual Fire Insurance Company has no publicly held affiliates.

By: s/ Christina D. Harrison
One of the Attorneys for Defendant

Dated August 15, 2008

Christina D. Harrison (cdh@willmont.com)
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendant
20 North Wacker Drive, Suite 2100
Chicago, Illinois  60606
312-443-3200