27938.0003X5        Document #: 782534        #412

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED: AUG 15, 2008
08CV4643
JUDGE NORGLE
MAGISTRATE JUDGE NOLAN
JFB

| | |
|---|---|
| TERESA MARETTA and RICHARD MARETTA, ) ) Plaintiffs, ) ) v. ) ) LIBERTY MUTUAL FIRE INSURANCE ) COMPANY, ) ) Defendant. ) | No.: 08 CH 24504 <br><br> Moved to Federal Court <br><br> No.: _____ |

### NOTICE OF FILING

TO:    Steven C. Fuoco
        1055 Golf Road
        Highland Park, IL 60035

PLEASE TAKE NOTICE that on August 15, 2008, the undersigned electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendant's Appearance, Civil Cover Sheet; Notice of Removal; and Corporate Disclosure**, copies of which are attached and hereby served upon you.

Christina D. Harrison (cdh @willmont.com)
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendant
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3200

### CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that a copy of this Notice and the above named documents were served upon the above named individuals by placing said instruments in a postage paid envelope and placing it in the United States mail at 20 N. Wacker Drive, Chicago, Illinois on the 15th day of August, 2008.

                                         s/ Christina D. Harrison
                                         Christina D. Harrison