

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W.  DOBBINS**
    **CLERK**　　　　　　　　　　　　　　　　　　　　　　　312-435-5698

August 15, 2008

Steven C. Fuoco
Steven C. Fuoco, Attorney at law
1055 Golf Avenue
Highland Park, IL 60035


RE:　　Maretta et al v. Liberty Mutual Fire Insurance Company
　　　　08 C 4643   -   Judge  Charles R. Norgle, Sr.,


Dear Counselor:


The records of this office indicate that on August 15, 2008  a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.  The notice lists the circuit court case number as   **08 CH 24504.**  The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.


　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk



　　　　　　　　　　　　　　　　　　　　By:　s/ Haydee Pawlowski
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk