# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                              Case Number: 08 CV 4643

**TERESA MARETTA and RICHARD MARETTA v. LIBERTY MUTUAL FIRE INSURANCE COMPANY**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PLAINTIFFS, TERESA MARETTA and RICHARD MARETTA**

| | |
|---|---|
| NAME (Type or print) | **STEVEN C. FUOCO** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Steven C. Fuoco |
| FIRM | **STEVEN C. FUOCO, ATTORNEY AT LAW** |
| STREET ADDRESS | **1055 GOLF AVENUE** |
| CITY/STATE/ZIP | **HIGHLAND PARK, ILLINOIS 60035-3637** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6206935 (IL)** | TELEPHONE NUMBER **847/432-LAWS (5297)** |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   **Y**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   **Y**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   **Y**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                    APPOINTED COUNSEL