27938.00O3X5          Document #: 783699          #412

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TERESA MARETTA and RICHARD MARETTA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL FIRE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | No.:   08 CV 4643 |

### NOTICE OF MOTION

TO:    Steven C. Fuoco
        1055 Golf Road
        Highland Park, IL 60035

PLEASE TAKE NOTICE that on August 29, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Court, 219 South Dearborn Street, Room 2341, in Chicago, Illinois, and shall then and there present the attached **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and was filed on August 22, 2008.

                                             Respectfully submitted,

                                             LIBERTY MUTUAL FIRE INSURANCE COMPANY

                                             By:   */s/ Christina D. Harrison*
                                                          One of Its Attorneys

Christina D. Harrison (ARDC #6256916)
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

### CERTIFICATE OF SERVICE

I, Christina D. Harrison, an attorney, certify that service of this Notice and **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** were accomplished via hand delivery on August 22, 2008 to:

>Steven C. Fuoco
>1055 Golf Road
>Highland Park, IL  60035

I, Christina D. Harrison, an attorney, certify that service of this Notice and **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** were accomplished on August 22, 2008 pursuant to hand delivery on:

>The Honorable Charles R. Norgle, Sr.
>United States District Court
>219 South Dearborn
>Room 2341
>Chicago, Illinois 60604

_/s/ Christina D. Harrison_